UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AURELIO PINERO, JR.,<br>    Plaintiff,<br><br>v.<br><br>ROBERT E. PINO, Massachusetts State Police Crime Lab; CHRIS WILCOX, Trooper for the Massachusetts State Police; OFFICE OF THE ATTORNEY GENERAL,<br>    Defendants. | C.A. No.: 11-40080-FDS |

## DEFENDANTS' MOTION TO UNSEAL OR GRANT COUNSEL ACCESS TO SEALED MATERIAL APPENDED TO COMPLAINT

Now come the defendants, Robert E. Pino, Chris Wilcox and the Office of the Attorney General, by and through their undersigned counsel, and hereby request that certain exhibits appended to the complaint be unsealed or, in the alternative, that counsel for the defendants be granted access to the material for litigation purposes, including appellate briefing. As the grounds for this request, the defendants state as follows:

1.  This is a civil rights action that was filed by the pro se incarcerated plaintiff in April, 2011 against various defendants, alleging generally that the plaintiff improperly was made the subject of a criminal prosecution.

2.  On May 11, 2011, pursuant to the provisions of 28 U.S.C. §§ 1915 and 1915A, this Court screened the complaint and ordered the plaintiff to show cause why the action should not be dismissed. *See* May 11, 2011 Memorandum and Order, Document No. 5. Thereafter, the matter was dismissed and the plaintiff has appealed that judgment to the First Circuit Court of Appeals, where it remains pending. *See* December 8, 2011 Memorandum and Order, Document No. 10;

*see also* April 3, 2012 Memorandum and Order on Motion to Reconsider, Document No. 24; Notice of Appeal, Document No. 12.

3.     Given that the matter was screened out prior to the issuance of summonses, no counsel appeared on behalf of the defendants before this Court. *See generally* Docket. Upon appeal to the First Circuit, Assistant Attorney General Susanne Reardon has appeared on behalf of Robert Pino and the Office of the Attorney General, and Attorney Andrew Gambaccini has appeared on behalf of Chris Wilcox.

4.     The electronic docket indicates that there were four attachments filed with the plaintiff's complaint. The fourth attachment was the civil action cover sheet and that document is accessible to counsel. The first three attachments, however, have been sealed and are not accessible.

5.     The material appended to the complaint was important to the disposition of this matter before this Court, as Judge Saylor's Memorandum and Order dismissing the case cited to information in the sealed material. *See* December 8, 2011 Memorandum and Order, p. 2 n.1.

6.     As the undersigned counsel is unaware of the nature of the material that has been sealed, or the reason for such sealing, the defendants request either that the material be unsealed or, if the reason for the sealing still remains, that the undersigned counsel be permitted to access the material for litigation purposes.

WHEREFORE, for the reasons discussed, the defendants request that the sealed exhibits appended to the complaint be unsealed or, in the alternative, that counsel for the defendants be granted access to the material for litigation purposes, including appellate briefing.

| | |
|---|---|
| DEFENDANT CHRIS WILCOX,<br>By his attorney, | DEFENDANTS ROBERT PINO and<br>OFFICE OF THE ATTORNEY GENERAL,<br>By his and its attorney, |
| /s/ Andrew J. Gambaccini<br>Andrew J. Gambaccini<br>Reardon, Joyce & Akerson, P.C.<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>508.754.7285<br>BBO #: 654690<br>agambaccini@rja-law.com | /s/ Susanne Reardon<br>Susanne Reardon<br>Deputy Chief, Appeals Division<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>617.963.2832<br>BBO #: 561669<br>susanne.reardon@state.ma.us |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on September 10, 2012.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini